ETTA KRULEWITCH, Appellant, v. LEON MAHLER, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER GIAN-CURSIO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the Accounting of GERTRUDE PARNES, as Administratrix of the Estate of HENRY PARNES, Deceased, Respondent. JACOB KAPLAN, Special Guardian of HOWARD L. PARNES and Another, Infants, Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

HOWARD 149TH ST. INC., Respondent, v. HARRIS BLOCK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

ADA SAMUELS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 878.]

JAMES GIANDILETTI et al., Appellants, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the Arbitration between WALTER M. BREWER et al., Copartners under the Name of WALTER M. BREWER & Co., Appellants-Respondents, and J. GARRICK EISENBERG, Respondent-Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

HARRY H. LANG, Respondent, v. BAY RIDGE SPECIALTY Co., INC., Appellant.— Order unanimously modified by referring to an official referee the issue of fact as to whether the plaintiff had notice of the fraud more than six years prior to the commencement of this action. The decision of the motion to remain in abeyance pending the report of the official referee to the court at Special Term. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

SALVATORE SCHETTINO, Respondent, v. MATTHEW J. MORRISSEY et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 885.]

In the Matter of BERKE BROTHERS DISTILLERIES, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— While the evidence was insufficient to warrant the finding by the State Liquor Authority as to the first count and possibly the second, it was sufficient to warrant the finding of violations under the third and fourth counts, and, therefore, we unanimously confirm the determination, with $50 costs and disbursements to the respondents. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 878.]

LEADER THEATRE CORPORATION, Appellant, v. RANDFORCE AMUSEMENT CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn and Callahan, JJ. [186 Misc. 280.]